No. 36, Misc. WILSON v. McGEE, ADMINISTRATOR, ET AL., *ante*, p. 849;

No. 220, Misc. WHALEM v. UNITED STATES, *ante*, p. 862;

No. 296, Misc. GAINES v. UNITED STATES, *ante*, p. 866; and

No. 393, Misc. MITCHELL v. FLORIDA, *ante*, p. 804. Petitions for rehearing denied.

NOVEMBER 15, 1965.

No. 45. LINN v. UNITED PLANT GUARD WORKERS OF AMERICA, LOCAL 114, ET AL. C. A. 6th Cir. (Certiorari granted, 381 U. S. 923.) The motion of Schnell Tool & Die Corp. et al. is granted insofar as permission to file a brief, as *amici curiae*, is requested, and is denied insofar as permission to participate in oral argument is requested. *Russell E. Leasure* and *Ralph Atkinson* on the motion.

No. 492. McFADDIN EXPRESS, INC., ET AL. v. ADLEY CORP. ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 281, Misc. O'CONNOR v. OHIO. Appeal from Sup. Ct. Ohio. (Appeal dismissed and certiorari denied, *ante*, p. 19.) The appellee is requested to file a response to the petition for rehearing within thirty days.

No. 626, Misc. PASQUINZO v. UNITED STATES;

No. 685, Misc. CONOVER v. HEROLD, STATE HOSPITAL DIRECTOR;

No. 709, Misc. TOM v. UNITED STATES; and

No. 715, Misc. ADAMS v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Motions for leave to file petitions for writs of habeas corpus denied.